In the Matter of LAURA D. BLACKBURNE, as Justice of the Supreme Court, Queens County, Petitioner. STATE COMMISSION ON JUDICIAL CONDUCT, Respondent.

Submitted February 14, 2006; decided February 16, 2006

Motion by National Association for the Advancement of Colored People for leave to file a brief amicus curiae on the request for review herein granted and the proposed brief is accepted as filed.

In the Matter of LAURA D. BLACKBURNE, as Justice of the Supreme Court, Queens County, Petitioner. STATE COMMISSION ON JUDICIAL CONDUCT, Respondent.

Submitted February 14, 2006; decided February 16, 2006

Motion by Queens County Bar Association et al. for leave to file a brief amici curiae on the request for review herein granted. Two copies of the brief may be served and 24 copies filed within seven days.

In the Matter of ZORAIDA MELENDEZ, Respondent, v BRIAN J. WING, as Commissioner of the State of New York Office of Temporary and Disability Assistance, Appellant, et al., Respondents.

Submitted November 28, 2005; decided February 16, 2006

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).

MARIA MOREJON, Appellant, v RAIS CONSTRUCTION COMPANY et al., Respondents, et al., Defendants.

Submitted February 14, 2006; decided February 16, 2006

Motion by Defense Association of New York, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.